**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER AND NOTICE OF INTENT TO DISMISS

Appellate case name:      Jeffrey Steven Marx v. The State of Texas

Appellate case number:    01-14-00109-CV

Trial court case number:  7723

Trial court:              33rd District Court of Burnet County

This appeal was originally filed with the Third District Court of Appeals and was treated as a criminal matter. It was transferred to this Court on February 5, 2014, and we have determined this is a civil, not criminal matter. *See Harrell v. State*, 286 S.W.3d 315 (Tex. 2009). Please note the change in cause number from 01-14-00109-CR to 01-14-00109-CV to accurately reflect the civil designation. Appellant is not entitled to appointment of counsel in a civil matter.

The Request for Appointment of Counsel Pursuant to Article 1.051, Texas Code of Criminal Procedure filed by Marx on February 20, 2014 is **DENIED**.

The Motion to Dismiss for Want of Jurisdiction filed by the State of Texas on December 17, 2013 is **DENIED**.

The "Motion to Forgive Defendant for Noncompliance" filed by Marx on January 8, 2014 is **DENIED**.

Appellant has not paid the court fees due on this appeal, nor has he paid for, or made arrangements to pay for the clerk's record, and he is not appealing as indigent. If arrangements are not made for payment of all required fees and for the clerk's record **within 10 days of the date of this order**, this appeal may be dismissed for want of prosecution.

It is so ORDERED.

Judge's signature: /s/ <u>Rebeca Huddle</u>
                   X  Acting individually     ☐ Acting for the Court

Date:  April 15, 2014